No. 629. MORNING JOURNAL ASSOCIATION, PETITIONER, *v.* JAMES H. DUKE. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence J. Shearn* for petitioner. *Mr. Abram J. Rose* and *Mr. Alfred C. Pette* for respondent.

No. 634. F. AUGUSTUS HEINZE ET AL., PETITIONERS, *v.* BUTTE AND BOSTON CONSOLIDATED MINING COMPANY. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John J. McHatton* for petitioners. *Mr. James W. Beck* and *Mr. John A. Garver* for respondent.

No. 635. NATIONAL RAILROAD COMPANY OF MEXICO, PETITIONER, *v.* G. A. O'LEARY. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas W. Dodd* for petitioner.

No. 637. HERMAN R. MURRAY, PETITIONER, *v.* ISAAC C. WILSON, TRUSTEE, ETC. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Vincent A. Sheehy* for petitioner. *Mr. Thomas D. Rambaut* for respondent.

No. 638. J. RAYMOND SMITH, PETITIONER, *v.* STEAMSHIP ONEIDA, ETC. April 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wilhelmus Mynderse* for petitioner. *Mr. Henry G. Ward* for respondent.